## 42352.  CONDON v. THORNTON.

PER CURIAM.  The appeal in this case filed August 18, 1966, appeals from the judgment denying the defendant's motion for new trial entered on the 18th day of July, 1966.  The time for appeal began to run on that date; accordingly, the last day for filing the appeal was August 17, 1966.  The appeal must, therefore, be dismissed.  Section 5 of the Act of 1965 as amended by Section 3 of the Act of 1966 (Ga. L. 1965, pp. 18, 21; Ga. L. 1966, pp. 493, 496; *Code Ann.* § 6-803).

*Appeal dismissed.  Felton, C. J., Frankum, P. J., and Pannell, J., concur.*

SUBMITTED OCTOBER 4, 1966—DECIDED FEBRUARY 2, 1967.

*John W. Bland, Jr.,* for appellant.
*Frank R. Lea,* for appellee.